# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Sidney Baker ) | Case No: 4:07CR643TLW(1) |
| ) | USM No: 15164-171 |
| Date of Previous Judgment: May 20, 2008 ) | William F. Nettles, IV, Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

　Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　　❐　　DENIED.　　■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of seventy-two (72) months **is reduced to** fifty (50) months. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the judgment dated　5/20/2008　shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:　November 16, 2011 | s/ Terry L. Wooten |
| | *Judge's signature* |
| Effective Date:　_____ | Terry L. Wooten, United States District Court Judge |
| *(if different from order* | *Printed name and title* |